

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,368-01

**EX PARTE HOLLY CHRISTINE VANSUMEREN, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1086412-A  IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

**YEARY, J., filed a dissenting opinion.**

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: FEBRUARY 10, 2016
DO NOT PUBLISH